IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 2 2024

KEVIN P. WEIMER, Clerk
By ~~Courtney Poland~~ ty Clerk

United States of America )
)
v. )
) Criminal Indictment No.
Lyedrekos Bailey )     2:22-CR-048-SCJ-JCF
)
)

## MOTION TO DISMISS AND REPLACE COURT APPOINTED COUNSEL

COMES NOW the Defendant, pro se, pursuant to Rule 44(a), Federal Rules of Criminal Procedure and Sixth Amendment right to effective assistance of counsel respectfully moves this Honorable Court, in a timely manner, to dismiss and replace court appointed Counsel _Adam Hames_ from the above styled case for (a) Conflict of Interest, (b) Ineffective Assistance of Counsel, and (c) Irreconcilable differences.

Defendant herein states the following grounds:

1. (B) Ineffective Assistance of Counsel
2. (C) Irreconcilable difference
3.
4.

WHEREFORE, the defendant prays that this Honorable Court dismisses and replace court appointed Counsel _Adam Hames_ and any other relief this Court deems just and proper.

ON this 18 day of Jan , 20 24.

Respectfully Submitted,

_Lyedrekos Bailey_
Signature

_Lyedrekos Bailey_
Print

## CERTIFICATE OF SERVICE

I, _Lyedrekus_____, hereby certify that I have this day filed the foregoing **MOTION TO DISMISS AND REPLACE COURT APPOINTED COUNSEL** with the Clerk of Court using the Inmate Depository via United States Postal Service at Robert A. Deyton Dention Facility and will send notification of such filings to all parties to this matter.

    This __18__ day of ___Jan_____, 2023.


_Lyedrekus Baily_____
**SIGNATURE**


_Lyedrekus Bailey_____
**PRINT**
**USMS NO.** ~~533~~ 35258510
**DEFENDANT**

From Lyedrekos Bailey
Love Joy Det, CTR
D-5 105

ATLANTA METRO 301

19 JAN 2024 PM 6L

quadient
CORRECTION
IMI
$000.66 ⁰
09/21/2023 ZIP 30250
043M31242216

US POSTAGE

CLEARED DATE

JAN 2 2 2024

Robert A. Deyton
Correctional Facility

To. US Clerk of Court
Richard D Russell Bldg
2211 US Court house
75 Ted Turner Dr
Atlanta Ga 30303

30303-330999